IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK ANTHONY TROUTT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | No. CIV-08-742-C |
| ) | |
| JUSTIN JONES, et al., ) | |
| ) | |
| Defendants ) | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on September 30, 2008. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and Plaintiff's Pro Se Motion to Dismiss (Dkt. No. 12) is granted and this action is dismissed without prejudice.

IT IS SO ORDERED this 30th day of October, 2008.

ROBIN J. CAUTHRON
United States District Judge